UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
ERICA MARTIN and  
STEFEN ANDERSON,  

DEBTOR(S).         /

CHAPTER 7  
CASE NO. 10-02926-MGW  
The estimated time for a hearing in matter is 10 minutes.

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

Comes now the Trustee, Stephen Meininger, the Chapter 7 Trustee and files this Motion for Authority to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances ("Motion") as to the real estate located at 3245 52nd Way North, St. Petersburg, FL 33710 pursuant to the provisions of 11 U.S.C. §363(f) and, in support thereof, states as follows:

1. Erica Martin and Stefen Anderson ("Debtors") filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 11, 2010.

2. The bankruptcy estate owns the real property and improvements located at 3245 52nd Way North, St. Petersburg, FL 33710 (the "House"). The House is valued at $135,000.00 by the Debtors and is subject to a 1st mortgage in favor of Bank of America in the amount of $159,202.00.

3. The Trustee subsequently hired a broker to assist in the selling of the House. No offers were forthcoming at close to the Scheduled Value due to the condition of the House.

4. The Trustee has received an offer from Bank of America and/or its assigns ("Buyer") to purchase the House for the sum of $15,000.00 subject to ad valorem property taxes and its own lien plus the cost of a title policy and normal closing costs (if any).

5. Trustee seeks authority to sell the House to the Buyer for $15,000.00.

6. The bankruptcy estate should realize approximately $10,000.00 of unencumbered funds from the sale of the House.

7. Trustee further seeks authority to execute the documents necessary for Buyer to pay all necessary and reasonable fees and costs related to the sale of the House including a fee of $5,000 for the transaction facilitator and short sale expert, Michael Crane. The Trustee seeks authority to sign any and all other documents necessary to close the sale of the House.

8. The Trustee seeks authority to sell the House pursuant to 11 U.S.C. §363(f) on the following terms:

| | | |
|---|---|---|
| a. | Property to be sold: | the House (as defined above) |
| b. | Purchaser: | Bank of America and/or its assigns |
| c. | Price: | $15,000.00 |
| d. | Terms: | Cash to Trustee |

9. Due to exigent circumstances relating to the need to close this sale, Trustee requests that any order approving this Motion exclude the ten day stay provided in Rule 6004(g) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** the Trustee respectfully requests that pursuant to the provisions of 11 U.S.C. §363(f) this Court approve the sale of the House to a buyer on the above terms and that Trustee be granted such other and further relief to which he is justly entitled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion For Debtors To Turn Over Property Of The Estate has been sent by regular U.S. Mail or the Court's CM/ECF system to **ASSISTANT U.S. TRUSTEE**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **ERICA MARTIN & STEFEN ANDERSON,** 6301 58th Street North, #106, Pinellas Park, FL 33781; **RICHARD M. DAUVAL, ESQ.,** 2958 1st Avenue North, St. Petersburg, FL 33713, on this 10th day of May, 2010.

STEPHEN L. MEININGER, P.A.

_____
STEPHEN L. MEININGER, ESQUIRE
707 North Franklin Street, Suite 850
Tampa, Florida 33602
Phone (813) 301-1025
Fax    (813) 307-0879
Florida Bar Number: 0472750
Attorney for Trustee